Prob12B
D/NV Form
Rev. July 2013

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 17, 2014**

**Name of Offender:**     MIGUEL ANGEL CRUZ

Case Number:     2:10-cr-620-PMP-GWF

Name of Sentencing Judicial Officer:     Honorable Philip M. Pro

Date of Original Sentence:     January 23, 2012

Original Offense:     Conspiracy to Distribute a Controlled Substance - Methamphetamine

Original Sentence:     30 Months Custody. Two Years Supervised Release

Date Supervision Commenced:     May 9, 2014

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓  To modify the conditions of supervision as follows:

1.    **You shall complete 25 hours of community service within 90 days of the signed Court order, as approved and directed by the probation officer.**

## CAUSE

As a condition of supervision, Mr. Cruz was enrolled in random drug testing. On May 28, 2014, Mr. Cruz submitted an invalid urine screen due to an abundance of water being in his system causing the sample to be diluted. On June 22, 2014, Mr. Cruz failed to appear for drug testing after his color was called on the code-a-phone testing system. On June 6, 2014, and July 12, 2014, Mr. Cruz stalled his drug tests in which he reported to the testing site, but he was unable to provide any urine for the drug test. It should be noted that all of the valid urine screens on Mr. Cruz have been negative, as of this writing.

On June 23, 2014, Mr. Cruz failed to report to the probation office for a scheduled office visit. On July 16, 2014, Mr. Cruz failed to report to his scheduled counseling session for mental health treatment.

Prob12B
D/NV Form
Rev. July 2013

**RE: MIGUEL ANGEL CRUZ**

On July 17, 2014, a noncompliance meeting was held with Mr. Cruz at the probation office. He was informed of the severity of all of his violations. Due to this conduct, Mr. Cruz signed a waiver of a hearing in agreement to modify his conditions of supervision to include 25 hours of community service to be completed within 90 days of the signed Court order (please see attached).

Should Your Honor have any questions or concerns, the undersigned probation officer will be available at the Court's convenience.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer

APPROVED:

ROBERT G. AQUINO
Supervising United States Probation Officer

---

*THE COURT ORDERS:*

_____  No action

_____  The extension of supervision as noted above

__XX__  The modification of conditions as noted above

_____  Other

Signature of Judicial Officer

7/21/14
Date