Prob12B
D/NV Form
Rev. July 2013

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 6, 2014**

**Name of Offender:**   MIGUEL ANGEL CRUZ

Case Number:   2:10-cr-620-PMP-GWF

Name of Sentencing Judicial Officer:   Honorable Philip M. Pro

Date of Original Sentence:   January 23, 2012

Original Offense:   Conspiracy to Distribute a Controlled Substance - Methamphetamine

Original Sentence:   30 Months Custody. Two Years Supervised Release

Date Supervision Commenced:   May 9, 2014

**PETITIONING THE COURT**

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓  To modify the conditions of supervision as follows:

1.  **You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.**

2.  **You shall be confined to home confinement with location monitoring, if available, for a period of 60 months. You shall pay 100% of the costs of the location monitoring services.**

**CAUSE**

On July 22, 2014, Mr. Miguel Cruz submitted a positive drug test for the presence of cocaine and methamphetamine. Initially, Mr. Cruz denied any use of a controlled substance. The urine sample was sent

Prob12B
D/NV Form
Rev. July 2013

RE: MIGUEL ANGEL CRUZ

to the national laboratory for confirmation. They confirmed the positive urine screen for methamphetamine and benzoylecgonine (metabolite of cocaine). Upon this confirmation, a noncompliance office visit was scheduled with Mr. Cruz on August 5, 2014. He was informed of the positive results from the lab. Mr. Cruz then admitted to using the controlled substance. He stated he became intoxicated with some friends and used poor judgment. Mr. Cruz's friendships were discussed and he reported that he is not going to associate with friends that are engaged in illegal activity. Mr. Cruz was reminded that he is to refrain from any use of alcohol while attending treatment, as he is currently enrolled in mental health counseling. Mr. Cruz apologized for his conduct and reported this will not happen again.

Due to this conduct, Mr. Cruz signed a waiver of a hearing in agreement to modify the conditions of his supervision to include substance abuse treatment and home confinement with location monitoring for 60 days (please see attached).

Should Your Honor have any questions or concerns, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer

APPROVED:

ROBERT G. AQUINO
Supervising United States Probation Officer

**THE COURT ORDERS:**

_____   No action

_____   The extension of supervision as noted above

  XX     The modification of conditions as noted above

_____   Other

Signature of Judicial Officer

8/8/14
Date